**Dismissed and Opinion Filed July 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01390-CV

### JACK BUNTON, Appellant
### V.
### ARMIDA CHAPA, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02174-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers,  and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue.  By postcard dated April 29, 2014, we notified appellant the time for filing his brief had expired.  We directed appellant to file both his brief and an extension motion within ten days.  We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.  To date, appellant has not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of appellant's brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


131390F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JACK BUNTON, Appellant

No. 05-13-01390-CV          V.

ARMIDA CHAPA, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-02174-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ARMIDA CHAPA recover her costs of this appeal from appellant JACK BUNTON.

Judgment entered July 10, 2014